■ In the Matter of LOUIS HAIRSTON, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [753 NYS2d 910] —Appeal from a judgment of Supreme Court, Cayuga County (Corning, J.), entered October 10, 2001, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cayuga County, Corning, J. Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.